UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARRYL BULLARD,

                            Petitioner,           Case No. 1:15-cv-12370
                                                         Hon. Thomas L. Ludington

v.

RANDALL HASS,

                            Respondent.
_____/

**OPINION AND ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Petitioner Darryl Bullard, a state prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on July 1, 2015. ECF No. 1. On June 10, 2016, the Court issued an opinion and order denying Petitioner's petition for a writ of habeas corpus, denying a certificate of appealability, and – having determined that any appeal would be frivolous – denying Petitioner leave to appeal in forma pauperis. *See* ECF No. 15.

Petitioner has now filed an application to proceed on appeal in forma pauperis. ECF No. 18. This Court has already determined that Petitioner is not entitled to proceed in this fashion because any appeal of the Court's order would be frivolous. Petitioner has not stated any grounds sufficient to reconsider that prior determination. L.R. 7.1(h)(1).

Accordingly, it is **ORDERED** that Petitioner Bullard's application to appeal in forma pauperis, ECF No. 18, is **DENIED.**

                                                      s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge

Dated: July 13, 2016

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 13, 2016.

s/Julie Owens
JULIE OWENS, Case Manager
Acting in the absence of Michael Sian
